## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 24-cv-06289 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 24-cv-06289 shall be vacated and that case number 24-cv-06289 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 5th day of August 2024